**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


PIPELINE SYSTEMS, INC. AND : No. 384 WAL 2015
CONTINENTAL WESTERN INSURANCE :
COMPANY, :
:
: Petition for Allowance of Appeal from
Petitioners : the Order of the Commonwealth Court
:
:
v. :
:
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (POUNDS), :
:
Respondents :


**ORDER**


**PER CURIAM**

**AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all

remaining issues. The issue, rephrased for clarity, is:


(1)     [Did t]he Commonwealth Court err[] because [§ 601(a)(10), 77 P.S. §
        1031] unambiguously provides that the employee must be within the
        course and scope of his employment at the time he provides aid and is
        injured, not merely be in the course and scope of his employment *at the
        time of the emergency arose* as the Commonwealth Court held[?]

Justice Eakin did not participate in the consideration or decision of this matter.